**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AARON T. KNAPP, SB# 221289
   E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

**WILFORD LLP**
Sabina Danek (pro hac vice)
   E-Mail: sdanek@wilfordllp.com
330 Main Street, Suite 310
Barrington, Illinois 60010
Telephone: (224) 848-4721
Facsimile: (224) 848-5865

Attorneys for Plaintiff GENERAL STAR INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>F&M RADIOLOGY MEDICAL CENTER, INC. d/b/a SINA URGENT CARE; MOOSA HEIKALI, M.D.; BAHRAM TABIBIAN, M.D.; VENUS NAVARRO JULIAN, M.D.; and FATEMEH SHAHRIARI,<br><br>       Defendant. | Case No. 2:22-cv-02233-DMG-JC<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [80]** |

The Court has received the Stipulation for Voluntary Dismissal of Plaintiff's action against all Defendants, with prejudice, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii). Plaintiff General Star Indemnity Company and Defendant Fatemeh Shahriari are the only parties who have appeared and have signed the Stipulation.

Accordingly, Plaintiff's action against all Defendants is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

DATED: November 8, 2024

Dolly M. Gee
Chief United States District Judge